UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| SCOTT THOMSEN, | ) | |
|---|---|---|
| *Plaintiff*, | ) | |
| | ) | Case No. 2:22-cv-5 |
| v. | ) | |
| | ) | Judge Atchley |
| JAMES OWENS & KRISTOFF NEWSOME, | ) | |
| | ) | Magistrate Judge Wyrick |
| *Defendants*. | ) | |

## JUDGMENT ORDER

In accordance with the contemporaneously filed Order, this matter is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) and based on Plaintiff's failure to prosecute. The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT:
*/s/ LeAnna R. Wilson*
CLERK OF COURT